IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Violation Nos.: W0979258/39, W0979259/39, W0979260/39, W0979261/39, W0979262/39 and W0979263/39

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. PATRICK M. NAVARES,

Defendant.

## ORDER GRANTING REQUEST TO WITHDRAW AS COUNSEL

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court has received an Entry of Appearance by Raymond K. Miller along with a Stipulation as to Substitution of Counsel executed by Mr. Miller and Benjamin F. Gibbons who was appointed by the Court. The Defendant has hired Mr. Miller as his counsel, therefore;

**IT IS HEREBY ORDERED** Mr. Gibbons will be allowed to withdraw as counsel of record for the Defendant.

DATED: September 9, 2010.

BY THE COURT:

s/David L. West
United States Magistrate Judge